**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**7 WEST 21 LI LLC,**

                **Plaintiff,**             **20cv279 (JGK)**

       **- against -**            **ORDER**

**CLEMENT MOSSERI**

                **Defendant.**
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should provide a letter to the Court by **March 24, 2020** explaining what motions, if any, the plaintiff wishes to make.

    The Clerk is directed to mail a copy of this order to the pro se defendant.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **March 18, 2020**       **/s/ John G. Koeltl**
                              **John G. Koeltl**
                      **United States District Judge**