```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
7 WEST 21 LI LLC,

                    Plaintiff,              20cv279 (JGK)

        - against -                         ORDER

CLEMENT MOSSERI,

                    Defendant.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The Clerk's office is now docketing the state court, which should be available on ECF this week.

The Clerk is directed to mail a copy of this order to the pro se defendant.

**SO ORDERED.**

Dated:   New York, New York
         March 18, 2020              /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge