```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

7 WEST 21 LI LLC,

                Plaintiff,          20cv279 (JGK)

     - against -              ORDER

CLEMENT MOSSERI,

                Defendants.

**JOHN G. KOELTL, District Judge:**

No teleconference is necessary. The plaintiff may proceed with the motion to remand. The plaintiff should consider whether there is subject matter jurisdiction in this Court. The plaintiff should also consider whether the removal was untimely or otherwise procedurally defective. The plaintiff should also consider whether a motion to remand based on procedural defects is timely. The plaintiff can consider any other basis for the motion to remand.

The plaintiff should make the motion to remand by **April 10, 2020**. The defendant should respond by **April 24, 2020**. The plaintiff may reply by **May 4, 2020**.

The plaintiff is directed to serve a copy of this order on the defendant by email.

**SO ORDERED.**

**Dated:**     **New York, New York**
            **March 25, 2020**      /s/ John G. Koeltl
                                          **John G. Koeltl**
                                    **United States District Judge**