# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

**Jeffrey C. Chancas**
*Partner*
JChancas@borahgoldstein.com
O: (212) 431-1300, Ext. 611
F: (212) 965-2773

April 22, 2020

**Via ECF**

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Courtroom 14A
New York, New York 10007-1312

> Time to move to remand is extended to June 19, 2020.
> The case is referred to the Magistrate Judge for purposes of settlement.
> SO ORDERED.
>
> New York, NY            /s/ John G. Koeltl
> April 23, 2020          John G. Koeltl, U.S.D.J.

Re:   7 West 21 LI LLC v. Clement Mosseri

United States District Court
Southern District of New York
Case No. 20-cv-00279-JGK

Honorable Judge Koeltl:

This firm represents Plaintiff 7 West 21 LI LLC in the above-referenced matter. We respectfully request an extension of time for Plaintiff to move to remand through and including June 19, 2020, from the initial deadline of April 10, 2020, set forth in this Court's Order of March 25, 2020 [ECF #8].

This is Plaintiff's first request for an extension of the deadline to make the motion to remand and, we respectfully suggest, is not prejudicial to the Defendant.

This request for the extension of time for Plaintiff to move to remand is being made after the deadline in the March 25th Order, and in general, because: (a) my partner, Lawrence Goldstein, who is not admitted to this Court but has been working on the case since its inception, developed flu symptoms and was in isolation, making it difficult to communicate with him on the matter; and (b) both my office and the Civil Court have been closed, also making it difficult to prepare the motion. This request does not interfere with any other scheduled dates.

*Manhattan Office* | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com



In addition, Plaintiff respectfully requests a settlement conference with this Court or the Magistrate Judge, which it believes might be helpful under the circumstances.

Wherefore, I respectfully request that the Court grant the extension of time for Plaintiff to file its motion to remand until June 19, 2020, and direct a settlement conference.

Thank you.

Respectfully submitted,

JEFFREY C. CHANCAS

JCC

Manhattan Office | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
Queens Office | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com