```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
7 WEST 21 LI LLC,

                 Plaintiff,           20cv279 (JGK)

      - against -                     ORDER

CLEMENT MOSSERI,

                 Defendant.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Clerk is directed to close Docket Nos. 4 and 12.

**SO ORDERED.**

Dated:  New York, New York
        June 5, 2020                _____/s/ John G. Koeltl_____
                                          John G. Koeltl
                                    United States District Judge