```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
7 WEST 21 LI LLC,                                                      :
                                                                       :
                           Plaintiff,                                  :
                                                                       :         20-CV-279 (JPC)
            -v-                                                        :
                                                                       :         NOTICE OF
CLEMENT MOSSERI,                                                       :         REASSIGNMENT
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned for all purposes. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for *Pro Se* Litigants (that is, litigants without counsel), which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**. Pursuant to the Honorable John G. Koeltl's Order dated August 19, 2020 (Dkt. 20), Plaintiff must file a motion to remand by October 30, 2020. Defendant must respond by November 13, 2020. Plaintiff may reply by November 23, 2020.

In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only in writing and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension;

(4) whether these previous requests were granted or denied; and (5) whether the opposing party consents, and, if not, the reasons given by opposing counsel for refusing to consent.

The Clerk of the Court is respectfully directed to mail a copy of this order to the *pro se* Defendant.

SO ORDERED.

Dated: October 19, 2020
       New York, New York

JOHN P. CRONAN
United States District Judge

2