

# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

*Jeffrey C. Chancas*
*Partner*
*JChancas@borahgoldstein.com*
O: (212) 431-1300, Ext. 611
F: (212) 965-2773

December 29, 2020

**Via ECF and Via e-mail: CronanNYSDChambers@nysd.uscourts.gov**

Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Courtroom 20C
New York, New York 10007-1312

           Re:    7 West 21 LI LLC v. Clement Mosseri
                   United States District Court
                   Southern District of New York
                   Case No. 20-cv-00279-JPC

Honorable Judge Cronan:

      This firm represents Plaintiff 7 West 21 LI LLC in the above-referenced matter. We respectfully requests: a) an extension of time for Plaintiff to move to remand through and including January 29, 2021, from the current deadline of December 31, 2020; and b) a thirty (30) day adjournment of the conference scheduled for January 8, 2021 at 2:00 p.m..

      This is Plaintiff's fifth request for an extension of the deadline to make the motion to remand and, we respectfully suggest, is not prejudicial to the Defendant. The first request was by letter motion dated and filed April 22, 2020 [ECF#12], which the Court granted by Memo Order dated and filed April 23, 2020 [ECF#14]. The second request was by letter motion dated and filed June 18, 2020 [ECF#16], which the Court granted by Memo Order dated and filed June 19, 2020 [ECF#17]. The third request was by letter motion dated and filed August 18, 2020 [ECF #19], which the Court granted by Memo Order dated and filed August 19, 2020 [ECF #20]. The fourth request was by letter motion dated and filed October 28, 2020 [ECF #23], which the Court granted by Memo Order dated and filed on October 29, 2020 [ECF #25].

      This is Plaintiff's first request for an adjournment of the Conference.

*Manhattan Office* | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
*www.borahgoldstein.com*




Honorable John P. Cronan
United States District Judge
December 29, 2020
Page 2 of 2

Plaintiff's request for an extension of time to move to remand is GRANTED. Plaintiff shall move to remand by January 29, 2021. Absent exceptional circumstances, this will be the last time the Court grants this extension.

Further, the Initial Pretrial Conference scheduled for January 8, 2021, at 2:00 p.m. is hereby adjourned to January 20, 2021, at 2:00 p.m. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. Any party that is proceeding in this case *pro se* is required to appear at this conference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant. The Clerk of Court is further directed to close the motions pending on Dkts. 26, 27.

SO ORDERED.

Date: January 3, 2021

New York, New York

JOHN P. CRONAN
United States District Judge

This request for the extension of time for Plaintiff to move to remand is being made because my office is still operating without a full staff. Also, although the Civil Court is open, it is with a reduced staff. Although we have made progress in obtaining information, there is still another document we wish to review prior to preparation of the motion. These procedural impediments should be quickly resolved in the next couple of weeks. In addition, as stated in my letter/motion of October 28, 2020, another issue has arisen with respect to Defendant's tenancy, separate from the certification issue at bar, which is still being developed and which may factor into how Plaintiff wishes to proceed.

This request does not interfere with any other scheduled dates.

Wherefore, I respectfully request that the Court grant the extension of time for Plaintiff to make the motion to remand until January 29, 2021, and the thirty (30) day adjournment of the Conference.

Thank you.

Respectfully submitted,

JEFFREY C. CHANCAS

JCC:ac
cc: BY FEDEX OVERNIGHT MAIL
    Clement Mosseri
    7 West 21st Street, Apt. 1708
    New York, New York  10010

Manhattan Office | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • For delivery of all papers
Queens Office | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com