UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

7 WEST 21 LI LLC,

               Plaintiff,

     -v-

CLEMENT MOSSERI,

               Defendant.

---

20 Civ. 279 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    The Court is in receipt of a submission by the *pro se* Defendant. Dkt. 41. The filing appears to be a Notice of Removal that was filed in an action with the Civil Court of the City of New York, County of New York. Defendant included this federal case's docket number in that notice. The Court respectfully reminds Defendant that any new action commenced against him in state court is separate and independent of the instant action and, if removed, will be assigned a new docket number.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Defendant.

    SO ORDERED.

Dated: June 23, 2021
       New York, New York

                                              _____
                                              JOHN P. CRONAN
                                             United States District Judge