```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
7 WEST 21 LI LLC,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :           20 Civ. 279 (JPC)
               -v-                                                     :
                                                                       :                ORDER
CLEMENT MOSSERI,                                                       :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff moved to remand this case to state court on October 1, 2021. Dkts. 51-53. Defendant has not opposed. Defendant is ordered to file his opposition, if any, by December 27, 2021, or the Court will consider the matter fully briefed and resolve it without further notice. The Clerk of Court is respectfully directed to mail this order to the *pro se* Defendant.

      SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                                           JOHN P. CRONAN
                                                United States District Judge